McCARTY ET AL. *v.* KANSAS.

No. 548, Misc.   Decided June 10, 1968.

*Robert C. Londerholm,* Attorney General of Kansas, and *J. Richard Foth, Richard E. Oxandale,* and *Daniel D. Metz,* Assistant Attorneys General, for respondent.

PER CURIAM.

The motion to proceed *in forma pauperis* and the petition for a writ of certiorari are granted with respect to petitioner Boyd.   The judgment of the Kansas Supreme Court is vacated and the case is remanded for further consideration in light of *Bruton* v. *United States,* 391 U. S. 123.   See *Roberts* v. *Russell, ante,* p. 293.   The petition for a writ of certiorari with respect to petitioner McCarty is denied.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent for the reasons stated in MR. JUSTICE WHITE's dissenting opinion in *Bruton* v. *United States,* 391 U. S. 123, 138 (1968).